# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GUCCI AMERICA, INC.,** | ) |
| **Plaintiff,** | ) |
| | ) **Case No.:** |
| **v.** | ) |
| | ) MAGISTRATE JUDGE |
| **LESLIE COHEN,** | ) |
| **ALLLUXURYBRANDS.COM and** | ) |
| **GLOBAL NETWORKS, USA, LLC** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

04 12567 WGY

RECEIPT #
AMOUNT $150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 12-7-04

## COMPLAINT

Plaintiff, Gucci America, Inc., complaining of Defendants, AllLuxurybrands.com, Global Networks, USA, LLC, and Leslie Cohen (collectively referred to as "Defendants"), alleges as follows:

### STATEMENT OF THE CASE

1.    This is an action for injunctive relief and damages under the Lanham Act based on Defendants' sale and offering for sale of counterfeit Gucci products.

### JURISDICTION AND VENUE

2.    This claim arises under the Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.*, particularly under 15 U.S.C. § 1114(1). This Court has subject matter jurisdiction over the claims in this action which relate to trademark counterfeiting and infringement, dilution and false designation of origin and false descriptions pursuant to the provisions of 28 U.S.C. §§1331, 1338 and 15 U.S.C. § 1121.

3.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1392(a).

4.    This Court has personal jurisdiction over the Defendants under the provisions of Mass. Gen. L. ch. 223A, § 3, in that Defendants are transacting business within the Commonwealth and are contracting to supply services or things in this Commonwealth.

## THE PARTIES

5.    Gucci America, Inc. ("Plaintiff" or "Gucci") is a corporation organized and existing under the laws of New York, with its principal place of business in New York, New York, and is the sole and exclusive distributor in the United States of items bearing the Gucci trademarks on leather goods, clothing, jewelry, accessories, home products, and related items.

6.    The Defendant Allluxurybrands.com (the "Website") is a website engaged in the sale of counterfeit products, and conducts its business through a shipping and receiving business, which is located at 13428 Maxella Avenue #351, Marina Del Rey, California, 90292.

7.    The Defendant Global Networks USA, LLC, is a business organized under the laws of the State of California with a usual place of business at 13900 Tahiti Way, Apartment #117, Marina Del Rey, California, 90292, and does business under the name All Luxury Brands and www.Allluxurybrands.com.

8.    The Defendant Leslie Cohen is an individual who owns and operates the business known as All Luxury Brands, and the website Allluxurybrands.com, and resides at 13900 Tahiti Way, Apartment #117, Marina Del Rey, California, 90292.

9.    Plaintiff is informed and believes and thereupon alleges that, at all times relevant hereto, Defendants are and have been doing business in this judicial district and elsewhere and have sold and distributed merchandise wrongfully bearing counterfeits of Plaintiff's trademarks. Defendants are advertising, distributing, offering for sale, and selling numerous items of

2

merchandise wrongfully bearing counterfeits of Plaintiff's trademarks to persons located within this judicial district and elsewhere.

## PLAINTIFF'S TRADEMARKS

10.    Gucci owns the trademarks and trade name "Gucci" and related trademarks (hereinafter collectively referred to as the "Gucci Trademarks"). Gucci markets high-quality products bearing the Gucci Trademarks and Gucci is the exclusive distributor in the United States of Gucci products, all of which bear one or more of the Gucci Trademarks.

11.    The Gucci Trademarks are world-renowned and signify to customers the identity and quality of the product. The Gucci Trademarks are used extensively in advertising and contribute to Gucci's overall success in the marketplace.

12.    Commencing at least as early as the 1960's, Gucci adopted one or more of the Gucci Trademarks for handbags, luggage, accessories and related products and caused said trademarks to be registered in the United States Patent and Trademark Office.

13.    Gucci is the owner of all rights in and to numerous Gucci Trademarks including, but not limited to, the Gucci Trademarks that are the subject of the following trademark registrations:

| Mark | Registration No. | Date of Registration |
|------|------------------|----------------------|
| GUCCI | 876,292 | 09/09/69 |
| NON-INTERLOCKING GG MONOGRAM | 1,107,311 | 11/28/78 |
| GUCCI CREST | 1,097,483 | 07/25/78 |
| GREEN-RED-GREEN STRIPE | 1,122,780 | 07/24/79 |
| REPEATING GG DESIGN | 1,216,708 | 11/16/82 |
| SQUARE G | 2,042,805 | 03/11/97 |

14.    The Gucci Trademarks are in full force and effect. The Gucci Trademarks and the goodwill of Plaintiff's businesses in connection with which the Gucci Trademarks are used have never been abandoned. Plaintiff intends to continue to preserve and maintain its rights with respect to the Gucci Trademarks.

15.     Plaintiff's services and products utilizing and/or bearing one or more of the Gucci Trademarks, by reason of their style, distinctive designs and quality have come to be known by the purchasing public throughout the United States as being of the highest quality. As a result thereof, the Gucci Trademarks and the goodwill associated therewith are of inestimable value to Plaintiff.

16.     Based on the extensive sales of Plaintiff's products and their wide popularity, the Gucci Trademarks have developed a secondary meaning and significance in the minds of the purchasing public, and the products utilizing and/or bearing such marks and names are immediately identified by the purchasing public as being those of the Plaintiff.

17.     The Gucci trademarks are vital to Plaintiff and Plaintiff will suffer irreparable harm if any third parties, including Defendants herein, are allowed to continue engaging in services and selling infringing goods utilizing and/or bearing identical or substantially similar trademarks.

## DEFENDANTS' INFRINGING ACTIVITIES

18.     Defendants have infringed and threaten to further infringe Plaintiff's Gucci Trademarks by advertising, distributing, selling and/or offering for sale unauthorized merchandise, including but not limited to handbags and wallets.

19.     Long after Plaintiff's adoption and use of its Gucci Trademarks on handbags, luggage, accessories and other related products, and long after Plaintiff's federal registration of its trademarks, Defendants commenced the distribution, advertisement, offer for sale, and/or sale of handbags and other merchandise bearing counterfeits and infringements of the Gucci Trademarks as those trademarks appear on Plaintiff's products.

20.     Defendants are distributing, offering for sale, and selling their unauthorized products to numerous buyers throughout the United States, including buyers located within the Commonwealth of Massachusetts. Copies of pertinent pages from the Defendants' websites

4

www.allLuxurybrands.com  are attached hereto as <u>Exhibit A</u>.  Defendants have sold counterfeit Gucci products to Massachusetts buyers.  Defendants have obtained revenue from the sale of counterfeit Gucci products to parties in the Commonwealth of Massachusetts and elsewhere.

21.     Defendants are engaged in the business of the wholesale and retail marketing, sale and distribution of counterfeit Gucci products to buyers located throughout the United States. The Defendants are a major supplier of counterfeit goods to many other sellers who sell counterfeit goods, including sellers on the e-bay auction site, www.ebay.com.

22.     Upon information and belief, the activities of Defendants complained of herein constitute willful and intentional infringement of the Gucci Trademarks; are in total disregard of the Plaintiff's rights; and were commenced and have continued in spite of Defendants' knowledge that the use of any Gucci Trademarks, or a copy or colorable imitation thereof, was and is in direct contravention of Plaintiff's rights.

23.     The Defendants' unauthorized use of Gucci Trademarks has been without Plaintiff's consent, is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to and does falsely create the impression that the goods sold by Defendants are authorized, sponsored, or approved by Plaintiff when, in fact, they are not.

## FIRST CLAIM FOR RELIEF
### TRADEMARK COUNTERFEITING
### 15 U.S.C. § 1114

24.     Plaintiff incorporates all prior allegations as if set forth fully herein.

25.     Defendants have used spurious designations that are identical with, or substantially indistinguishable from, the Gucci Trademarks on goods covered by registrations for these trademarks.

26.     Defendants have intentionally and willfully used these spurious designations knowing they are counterfeit in connection with the advertising, sale, offering for sale and distribution of goods for their own personal financial gain, and such intentional and willful conduct by the Defendants makes this an exceptional case.

5

27.    Defendants' use of the Gucci Trademarks to advertise, offer for sale, sell and distribute Defendants' counterfeit products was and is without the consent of Plaintiff.

28.    Defendants' unauthorized use of Plaintiff's Gucci Trademarks on and in connection with the advertising and sale of counterfeit goods constitutes Defendants' use of Plaintiff's registered Gucci Trademarks in commerce.

29.    Defendants' unauthorized use of the Plaintiff's Gucci Trademarks, as set forth above, is likely to:

    (a)    cause confusion, mistake and deception;

    (b)    cause the public to believe that Defendants' counterfeit products are authorized, sponsored or approved by Plaintiff or that Defendants are affiliated, connected or associated with or in some way related to Plaintiff;

    (c)    result in Defendants unfairly benefiting from Plaintiff's good will and reputation, to the substantial and irreparable injury of the public, Plaintiff and Plaintiff's Gucci Trademarks and the substantial goodwill represented thereby.

30.    Defendants' acts as aforesaid constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

31.    Plaintiff has no adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of Defendants' acts as aforesaid in an amount not thus far determined.

32.    Defendants' wrongful acts of counterfeiting will continue unless enjoined by this Court.

### SECOND CLAIM FOR RELIEF
#### Trademark Infringement
#### 15 U.S.C. § 1114

33.    Plaintiff incorporates all prior allegations as if set forth fully herein.

34.    Plaintiff's registered Gucci Trademarks are fanciful and arbitrary and are associated in the mind of the public with Plaintiff.

35.    Based on Plaintiff's extensive advertising, sales, and the wide popularity of Plaintiff's products, the Gucci Trademarks have acquired secondary meaning so that any product and advertisement bearing such trademarks is immediately associated by purchasers and the public as being a product of and affiliated with Plaintiff.

36.    Defendants use the Gucci Trademarks in connection with Defendants' sale, distribution and advertising of their counterfeit goods.

37.    Defendants' activities as set forth herein constitute Defendants' use in commerce of the Gucci Trademarks.

38.    Defendants have used Plaintiff's registered Gucci Trademarks without Plaintiff's consent or authorization. Defendants' use, including the sale and distribution of infringing products in interstate commerce, is likely to cause confusion and mistake in the minds of the public, leading the public to believe that Defendants' products emanate or originate from Plaintiff, or that Plaintiff has approved, sponsored or otherwise associated itself with Defendants, which is untrue.

39.    Defendants have intentionally used the Gucci Trademarks, knowing they are the exclusive property of Plaintiff, in connection with the offering for sale, sale and distribution of counterfeit goods.

40.    Defendants' conduct is intended to exploit the goodwill and reputation associated with Plaintiff's registered Gucci Trademarks.

41.    Plaintiff has no control over the quality of Defendants' counterfeit merchandise. Because of the very real likelihood of confusion as to the source of Defendants' products, Plaintiff's reputation and valuable goodwill in its trademarks have been damaged by Defendants' unscrupulous tactics.

42.    Defendants' activities as aforesaid create the false and misleading impression that Defendants are sanctioned, assigned or authorized by Plaintiff to use Plaintiff's Gucci Trademarks to advertise, manufacture, distribute, appraise, offer for sale or sell counterfeit products bearing the Gucci Trademarks when Defendants are not so authorized.

7

43.    Defendants engage in the aforementioned activity with the intent to confuse and deceive consumers into believing that Defendants and the goods they sell are in some way sponsored by, affiliated or associated with Plaintiff.

44.    Defendants' unauthorized use of the Gucci Trademarks, as set forth above, has resulted in Defendants unfairly benefiting from Plaintiff's advertising and promotion, and profiting from Plaintiff's reputation and its registered Gucci Trademarks, to the substantial and irreparable injury of the public, the Plaintiff, the Gucci Trademarks and the substantial goodwill represented thereby.

45.    Defendants' aforesaid acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

46.    Defendants' acts have caused, and will continue to cause, great and irreparable injury to Plaintiff, and, unless such acts are restrained by this Court, they will be continued, thereby causing Plaintiff to continue to suffer great and irreparable injury. Plaintiff has no adequate remedy at law.

47.    Plaintiff is informed and believes and thereupon alleges that Defendants' infringement is both intentional and willful.

48.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

### THIRD CLAIM FOR RELIEF

### False Designations of Origin, False Descriptions and Representations
### 15 U.S.C. § 1125(a)

49.    Plaintiff incorporates all prior allegations as if set forth fully herein.

50.    Defendants have, in connection with their goods, used in commerce, and continue to use in commerce, Plaintiff's Gucci Trademarks.

51.    Defendants have affixed, applied and used in connection with their sale of goods, false designations of origin and false and misleading descriptions and representations, including

the Gucci Trademarks, which tend falsely to describe the origin, sponsorship, association or approval by Plaintiff of the goods sold by the Defendants.

52.     Defendants use one or more of the Gucci Trademarks with full knowledge of the falsity of such designations of origin, descriptions and representations, all to the detriment of Plaintiff.

53.     Defendants' use of the Gucci Trademarks on the counterfeit goods constitutes false descriptions and representations tending to falsely describe or represent Defendants and Defendants' products as being authorized, sponsored, affiliated or associated with Plaintiff.

54.     Defendants use one or more of the Gucci Trademarks on counterfeit goods with the express intent to cause confusion and mistake, to deceive and mislead the purchasing public, to trade upon the high quality reputation of Plaintiff and to improperly appropriate to themselves the valuable trademark rights of Plaintiff.

55.     Defendants' aforesaid acts constitute the use in commerce of false designations of origin and false and/or misleading descriptions or representations, tending to falsely or misleadingly describe and/or represent Defendants' products as those of Plaintiff in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

56.     Defendants' wrongful acts will continue unless enjoined by this Court.

57.     Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

### FOURTH CLAIM FOR RELIEF
#### Federal Trademark Dilution
#### 15 U.S.C. §1125 (c)

58.     Plaintiff incorporates all prior allegations as if set forth fully herein.

59.     Plaintiff is the exclusive owner of the trademark rights herein.

60.     Defendants' use of the Gucci Trademarks on the counterfeit goods they sell constitutes Defendants' commercial use in commerce of the Gucci Trademarks.

61.    These marks have been used for years and are so globally recognized and associated with Plaintiff that they are entitled to be recognized as famous and distinctive under 15 U.S.C. § 1125(c).

62.    Plaintiff's Gucci Trademarks have come to have a secondary meaning indicative of origin, relationship, sponsorship and/or association with the Plaintiff and its distinctive reputation for high quality.  The purchasing public is likely to attribute Defendants' use of the Gucci Trademarks to Plaintiff as a source of origin, authorization and/or sponsorship for the products Defendants sell and further, purchase Defendants' products in the erroneous belief that Defendants are associated with, sponsored by or affiliated with Plaintiff, when Defendants are not.

63.    Plaintiff has not authorized or licensed the use of the Gucci Trademarks to Defendants.

64.    Defendants' unauthorized use of the Gucci Trademarks in its marketing, sale and distribution of counterfeit products is diluting the distinctive quality of the Gucci Trademarks and the goodwill associated with them in violation of Section 43(c) of the Lanham Act, 15 U.S.C § 1125(c).

65.    Such conduct has injured Plaintiff and said injury will continue unless the Court enjoins Defendants from committing further wrongful acts.

66.    Upon information and belief, Defendants intentionally and willfully utilize Plaintiff's Gucci Trademarks and trade on Plaintiff's reputation and goodwill.

67.    If such use on the part of the Defendants continues, Plaintiff will suffer irreparable harm of a continuing nature for which there is no adequate remedy at law.

68.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damage as a result of the aforesaid acts of Defendants in an amount thus far not determined.

## FIFTH CLAIM FOR RELIEF
### Unfair And Deceptive Business Practices
### Massachusetts Chapter 93A, Section 11

69.    Plaintiff incorporates all prior allegations as if set forth fully herein.

70.    Defendants' acts set forth above constitute unfair and deceptive business practices
in violation of Gen. L. ch. 93A, §2 in that the actions are likely to cause confusion in the minds
of the consuming public, will destroy the Plaintiff's goodwill, and will unjustly enrich the
Defendants at the expense of and to the detriment of the Plaintiff.

71.    Defendants' acts are knowing and willful violations of Gen. L. ch. 93A, §§ 2 and
11.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against the Defendants as follows:

1.    That a preliminary and permanent injunction be issued enjoining and restraining
Defendants and their officers, agents, servants, employees and attorneys and all those in active
concert or participation with them, from:

A.    Using any reproduction, counterfeit, copy or colorable imitation of the
Gucci Trademarks to identify any goods or the rendering of any services
not authorized by Plaintiff;

B.    Engaging in any course of conduct likely to cause confusion, deception or
mistake, or to injure Plaintiff's business reputation or dilute the distinctive
quality of Plaintiff's name and Plaintiff's Gucci Trademarks;

C.    Using a false description or representation including words or other
symbols tending to falsely describe or represent Defendants' unauthorized
goods as being those of Plaintiff or sponsored by or associated with
Plaintiff and from offering such goods into commerce;

11

D.    Further infringing Plaintiff's Gucci Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Gucci Trademarks;

E.    Using any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored, approved by or connected with Plaintiff;

F.    Making any statement or representation whatsoever, using any false designation of origin or false description or performing any act which can or is likely to lead the trade, public or individual members thereof, to believe that any products manufactured, distributed, sold or marketed by Defendants are in any manner associated or connected with Plaintiff, or sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

G.    Causing an infringement of any of Plaintiff's Gucci Trademarks or of Plaintiff's rights therein, or causing any dilution of Plaintiff's name, reputation or goodwill;

H.    Secreting, destroying, altering, removing or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising,

promoting, renting or displaying of all unauthorized products which infringe the Gucci Trademarks;

I.     Effecting assignments or transfers, forming new entities, associations or websites, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (H), above.

2.     Directing that Defendants deliver up for destruction to Plaintiff all unauthorized products and advertisements in their possession or under their control bearing any of Plaintiff's Gucci Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of production of same pursuant to 15 U.S.C. § 1118.

3.     Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving any erroneous impression that any products manufactured, sold or otherwise circulated or promoted by Defendants are authorized by Plaintiff or related in any way to Plaintiff's products.

4.     Requiring Defendants to pay to Plaintiff such damages as Plaintiff has sustained as a consequence of Defendants' infringement of Plaintiff's Gucci Trademarks and Defendants' acts of unfair competition, and to account for all gains, profits and advantages derived by Defendants from the sale of their infringing merchandise bearing the Gucci Trademarks and that the award to Plaintiff be trebled as provided for under 15 U.S.C. § 1117; alternatively, that Plaintiff be awarded statutory damages pursuant to 15 U.S.C. § 1117 (c) of up to $1,000,000 for each trademark per type of goods sold that Defendants have willfully counterfeited and infringed.

5.     Ordering that Plaintiff recover the costs of this action together with reasonable attorneys' and investigators' fees and prejudgment interest in accordance with 15 U.S.C. § 1117.

6.     That Plaintiff be awarded treble damages and attorney's fees for Defendants' willful and knowing violations of Mass. Gen. L. ch. 93A, §2.

13

7.     Directing that this Court retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

8.     Awarding to Plaintiff such other and further relief as the Court may deem just and proper, together with the costs and disbursements which Plaintiff has incurred in connection with this action.

GUCCI AMERICA, INC.

By its Attorneys,

BURNS & LEVINSON LLP

By:_____

Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000

Dated:  December 7, 2004
J:\Docs\25495\00011\00889120.DOC

14



FREE NEWSLETTER:          SEARCH:

## Welcome to All Luxury Brands

### ALL BUYERS REGISTER AT WHOLESALE TAB TO RECEIVE EXTENSIVE WHOLESALE LIST

### WHOLESALE SITE ONLY-$2500 MIN FOR CHECKOUT

PRADA
FENDI
GUCCI
BURBERRY
DIOR
PRADA WALLETS
FENDI WALLETS
GUCCI WALLETS
SEVEN JEANS
RETAIL INQUIRIES
LINGERIE
VENDORS SELL YOUR ITEMS
Ralph Lauren
LEANA COUTURE TANK TOPS
CONSIGNMENT

CLICK HERE TO CHAT WITH US

GUCCI 115867
Gucci 114915 Black
Gucci 120940 Black
Gucci 120940
Gucci 120836 Black
GUCCI 106251BEIGE

Gucci 114915 Beige Br
Click here for more details

Gucci 114915 Black
Click here for more details

Gucci 120836 Beige-Brown
Click here for more details

Gucci 120836 Black
Click here for more details

GUCCI 120839 BLACK
Click here for more details

GUCCI 120839 BEIGE ORANGE
Click here for more details

PRADA 1442

Prada Black

100% SAFE SHOPPING
See Our Shopping Guarantee

QUESTIONS
See Our FAQ

SEE WHAT OUR CUSTOMERS SAY
Customer Testimonials

PRIVACY POLICY
Read Our Privacy Policy

INFORMATION
REWARDS PROGRAM
WHOLESALE PURCHASING
INFORMATION

**BIANCA**

Click here for more details

**BR1442**

Click here for more details



All rights reserved. Copyright All Luxury Brands 2004.

**Authenticated    Verified**

in Exporters.com.sg

Click to Verify



FENDI, PRADA and GUCCI and MORE

All Luxury Brands

HOME   LOGIN   SHOPPING CART

WISH LIST   AFFILIATES   DISCLAIMER FORMS   CONTACT US   MY ACCOUNT   ADVANCED SEARCH   CHECKOUT

FREE NEWSLETTER:                    SEARCH:
GO                                  GO

>GUCCI   in:   US Dollar (USD)      View price

## GUCCI 1103 BLACK

**PRODUCT CATEGORIES**

SEVEN JEANS
PRADA
FENDI
GUCCI
BURBERRY
DIOR
PRADA WALLETS
FENDI WALLETS
GUCCI WALLETS
RETAIL INQUIRIES
FLIP FLOP WHOLESALE JEWLERY
JEWELRY
LEANA COUTURE TANK TOPS

CLICK HERE TO CHAT WITH US

**Name:** GUCCI 1103 BLACK

**Your Price:** $80.00

Add To Shopping Cart

click to see larger image

Handlestrap is made of fine black leather. The Gucci logo on gun metal silver finish piece at the center of the pouch. Comes with authenticity cards (controllato and care card).Dustcover not included. Made in Italy!

Measurement: Height 4.5", Width 10.5", Length 4" Strap 15"

Add To Shopping Cart     Save To Wish List

100% SAFE SHOPPING
See Our Shopping Guarantee

QUESTIONS
See Our FAQ

SEE WHAT OUR CUSTOMERS SAY
Customer Testimonials

PRIVACY POLICY
Read Our Privacy Policy

INFORMATION
REWARDS PROGRAM
WHOLESALE PURCHASING INFORMATION

All rights reserved. Copyright All Luxury Brands 2004.

Authenticated Verified

in Exporters.com.sg

Click to Verify



SEVEN JEANS
PRADA
FENDI
GUCCI
BURBERRY
DIOR
PRADA WALLETS
FENDI WALLETS
GUCCI WALLETS
RETAIL INQUIRIES
FLIP FLOP WHOLESALE
JEWELRY
JEWELRY
LEANA COUTURE TANK
TOPS

CLICK HERE TO CHAT WITH US

>GUCCI

# Gucci Sabbia Tote

click to see larger image










































View price in:   US Dollar (USD)

**Name:** Gucci Sabbia Tote

**Your Price: $115.00**

Add To Shopping Cart

Gucci Women's Cosmetic Pouch. Classic GG pattern on sabbia jacquard fabric. Nickel hardware. Single Dark brown leather strap 15"(total). Zip top closure with dark brown leather pull. Dark brown fabric interior. Dimensions: 8.5"W x 4"H x 2.75"D. Controllato card included. Made in Italy.

Black and Biege

Add To Shopping Cart

Save To Wish List

FREE NEWS LETTER:

GO

SEARCH:

GO

100% SAFE SHOPPING
See Our Shopping
Guarantee

QUESTIONS
See Our FAQ

SEE WHAT OUR
CUSTOMERS SAY
Customer Testimonials

PRIVACY POLICY
Read Our Privacy Policy

INFORMATION

Gucci Sabbia Tote

All rights reserved. Copyright All Luxury Brands 2004.

**Authenticated Verified**

in Exporters.com.sg

Click to Verify

REWARDS PROGRAM
WHOLESALE
PURCHASING
INFORMATION

Page 2 of 2



FENDI PRADA GUCCI DIOR & MORE

All Luxury Brands

FREE NEWSLETTER: GO    SEARCH: GO

PRADA
FENDI
GUCCI
BURBERRY
DIOR
PRADA WALLETS
FENDI WALLETS
GUCCI WALLETS
Ralph Lauren
SEVEN JEANS
RETAIL INQUIRIES
VENDORS SELL YOUR ITEMS
JEWELRY
LEANA COUTURE TANK TOPS
FLIP FLOP WHOLESALE JEWLERY
CONSIGNMENT

CLICK HERE TO CHAT WITH US

GUCCI 115867
Gucci 114915 Black
Gucci 120940 Black
Gucci 120940
Gucci 120836 Black
GUCCI 106251BEIGE

**GUCCI HANDBAG**

## Products

**Gucci 120940**
Click here for more details

**Gucci 120940 Black**
Click here for more details

**Gucci 114915 Beige Br**
Click here for more details

**Gucci 114915 Black**
Click here for more details

**Gucci 120836 Beige-**



100% SAFE SHOPPING
See Our Shopping Guarantee

QUESTIONS
See Our FAQ

SEE WHAT OUR CUSTOMERS SAY
Customer Testimonials

PRIVACY POLICY
Read Our Privacy Policy

INFORMATION
REWARDS PROGRAM
WHOLESALE
PURCHASING
INFORMATION

**Brown**
Click here for more details



**GUCCI 115867**
Click here for more details



**GUCCI 13017 BEIGE
ORANGE**
Click here for more details



**GUCCI 101920 BLACK**
Click here for more details



**GUCCI 120839
BLACK**
Click here for more details



**GUCCI 120839 BEIGE
ORANGE**
Click here for more details

[1]   2   3   4   5   6   Next   View All

All rights reserved. Copyright All Luxury Brands 2004.

**Authenticated**
**Verified**

in Exporters.com.sg

Click to Verify



PRADA
FENDI
GUCCI
BURBERRY
DIOR
PRADA WALLETS
FENDI WALLETS
GUCCI WALLETS
Ralph Lauren
SEVEN JEANS
RETAIL INQUIRIES
VENDORS SELL YOUR ITEMS
JEWELRY
LEANA COUTURE TANK TOPS
FLIP FLOP WHOLESALE JEWLERY
CONSIGNMENT

CLICK HERE TO CHAT WITH US



GUCCI 115867
Gucci 114915 Black
Gucci 120940 Black
Gucci 120940
Gucci 120836 Black
GUCCI 106251BEIGE

GUCCI HANDBAG

**Products**

**Gucci 120940**
Click here for more details

**Gucci 120940 Black**
Click here for more details

**Gucci 114915 Beige Br**
Click here for more details

**Gucci 114915 Black**
Click here for more details

**Gucci 120836 Beige-**

100% SAFE SHOPPING
See Our Shopping Guarantee

QUESTIONS
See Our FAQ

SEE WHAT OUR CUSTOMERS SAY
Customer Testimonials

PRIVACY POLICY
Read Our Privacy Policy

INFORMATION
REWARDS PROGRAM
WHOLESALE PURCHASING INFORMATION

FREE NEWSLETTER:

SEARCH:

**Brown**
Click here for more details



**GUCCI 115867**
Click here for more details



**GUCCI 13017 BEIGE ORANGE**
Click here for more details



**GUCCI 101920 BLACK**
Click here for more details



**GUCCI 120839 BLACK**
Click here for more details



**GUCCI 120839 BEIGE ORANGE**
Click here for more details



**GUCCI 101333**
Click here for more details



**GUCCI 106240 BLACK**
Click here for more details



**GUCCI 106241BLACK**

Click here for more details



**Gucci 101920**
Click here for more details



**Gucci 101920**
Click here for more details



**GUCC1107756
BROWN-
BEIGE**
Click here for more
details



**GUCC1 107756
BLACK**
Click here for more
details



**GUCCI 106248
BLACK**

Click here for more details



**GUCCI 106248**
**BEIGE BROWN**
Click here for more details



**GUCCI 120840**
**BEIGE ORANGE**
Click here for more
details



**GUCCI 106240 BEIGE**
**BROWN**
Click here for more details



**GUCCI 0348 BEIGE**
**BROWN**
Click here for more details



**GUCCI 0348 KHAKI**
**BLACK**
Click here for more details



**GUCCI 0348 DENIM**
**GREY**
Click here for more details



**GUCCI 3306**
**BEIGE BROWN**

Click here for more details



**GUCCI 3306 BLACK**
Click here for more details



**GUCCI 1621
BEIGE**
Click here for more
details



**GUCCI 1621GREY
BLACK**
Click here for more
details



**Gucci 1621Black**
Click here for more
details



**GUCCI 101333**
Click here for more
details



**GUCCI 106241**
Click here for more details



**GUCCI 1119**
**BLACK**
Click here for more details



**GUCCI 1119**
Click here for more details



**GUCCI 92669**
Click here for more details



**GUCCI 92669 YELLOW**
Click here for more details



**GUCCI 92669 BLACK**
Click here for more details



**GUCCI BEIGE BROWN**
**1098**
Click here for more details



**GUCCI DENIM GREY**
**1098**
Click here for more details



**GUCCI 1103
BLACK**
Click here for more details



**GUCCI POCHETTE
1103**
Click here for more details



**GUCCI1098 CREME**
Click here for more details



**GUCCI 1067 BROWN**
Click here for more details



**Gucci Bardot Black
1067**
Click here for more details



**Gucci
Sabbia
Tote
103399**

Click
here for
more
details



**GUCCI
106251BEIGE**
Click here for more
details



**GUCCI 1103
BLACK&WHITE**
Click here for more details



**GUCCI 1119 BEIGE
BROWN**
Click here for more details



**GUCCI 1119 KHAKI
BLACK**
Click here for more details



**GUCCI SMALLER TOTE
KHAKI BLACK 1099**
Click here for more details



**GUCCI KHAKI RED 1098**
Click here for more details



**GUCCI 101920
YELLOW**
Click here for more details



**Gucci 120836 Black**
Click here for more details

1  2  3  4  5  [ View All ]

All rights reserved. Copyright All Luxury Brands 2004.

Authenticated
Verified

in Exporters.com.sg

Click to Verify

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Gucci America, Inc. v. Leslie Cohen,

   AllLuxuryBrands.com, and Global Networks, USA, LLC

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [ ]  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   [X]  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   [ ]  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   [ ]  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   [ ]  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]    NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]    NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]    NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]    NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   Not Applicable                     YES [ ]    NO [ ]

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division [ ]        Central Division [ ]        Western Division [ ]

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   Mark Schonfeld

ADDRESS           Burns & Levinson, LLP 125 Summer St., Boston, MA 02110

TELEPHONE NO.     (617) 345-3000

(Coversheetlocal.wpd - 10/17/02)

℘JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Gucci America, Inc.

**DEFENDANTS**

Leslie Cohen; AllLuxuryBrands.com, and Global Networks, USA, LLC

**(b)** County of Residence of First Listed Plaintiff   New York
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mark Schonfeld  (617) 345-3000
Burns & Levinson, LLP
125 Summer Street, Boston, MA 02110

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☑ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | Security Act | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Defendants have engaged in the sale of counterfeit Gucci products in violation of 15 U.S.C. Section 1114 and have infringed Gucci's trademarks

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE          DOCKET NUMBER

DATE   December 7, 2004

SIGNATURE OF ATTORNEY OF RECORD   Mark Schfeler

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE