# United States District Court

_____ DISTRICT OF _Massachusetts_____

Gucci America, Inc.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-12567-WGY

Leslie Cohen, AllLuxuryBrands.com, and
Global Networks, USA, LLC

TO: (Name and address of defendant)

Leslie Cohen
13900 Tahiti Way, Apt. #117
Marina Del Rey, CA  90292

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  12-20-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 12/11/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carlos Fernandez | Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 13900 Tahiti Way, Apt #117 Marina Del Rey, CA 90292

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-20-04
Date

Signature of Server
IPEC, INC.
556 S. Fair Oaks Ave, Ste. 305 Pasadena, CA 91105
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.