UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUCCI AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LESLIE COHEN, ALLLUXURYBRANDS.COM and GLOBAL NETWORKS, USA, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.: 04-12567-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Gucci America, Inc. and Defendants Leslie Cohen, AllLuxuryBrands.com and Global Networks, USA, LLC jointly move this Court for an order extending the time for an additional thirty (30) days, through and including January 31, 2005, for Defendants Leslie Cohen, AllLuxuryBrands.com and Global Networks, USA, LLC to answer or otherwise plead in response to the Complaint of Plaintiff, Gucci America, Inc. This extension is sought to provide the parties time to discuss a negotiated resolution of the dispute.

Because Defendants have not yet obtained local counsel, Plaintiff is filing this motion as a courtesy to Defendants.

GUCCI AMERICA, INC.

By: *Mark Schonfeld* (signature)
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

LESLIE COHEN,
LUXURYBRANDS.COM and
GLOBAL NETWORKS, USA, LLC

OF COUNSEL
Daniel Cislo
Cislo & Thomas, LLP
233 Wilshire Boulevard
Suite 900
Santa Monica, CA 90401

Dated: January 5, 2005

J:\Docs\25495\00011\00894626.DOC

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on JAN 5 2005.
*Mark Schonfeld* (signature)