UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JAN 27 P 1: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GUCCI AMERICA, INC., | ) |
|       Plaintiff, | ) |
| | ) Civil Action No.: 04-12567-WGY |
| v. | ) |
| | ) |
| LESLIE COHEN, | ) |
| ALLLUXURYBRANDS.COM and | ) |
| GLOBAL NETWORKS, USA, LLC | ) |
| | ) |
|       Defendants. | ) |

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Gucci America, Inc. and Defendants Leslie Cohen, AllLuxuryBrands.com and Global Networks, USA, LLC jointly move this Court for an order extending the time for an additional twenty (20) days, through and including February 20, 2005, for Defendants Leslie Cohen, AllLuxuryBrands.com and Global Networks, USA, LLC to answer or otherwise plead in response to the Complaint of Plaintiff, Gucci America, Inc. This extension is sought to provide the parties time to discuss a negotiated resolution of the dispute.

Because Defendants have not yet obtained local counsel, Plaintiff is filing this motion as a courtesy to Defendants.

| | |
|---|---|
| GUCCI AMERICA, INC. | LESLIE COHEN,<br>LUXURYBRANDS.COM and<br>GLOBAL NETWORKS, USA, LLC |
| By: *(signature)*<br>Mark Schonfeld<br>BBO No. 446980<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000 | By their Attorneys,<br><br>Daniel M. Cislo<br>Cislo & Thomas, LLP<br>233 Wilshire Boulevard<br>Suite 900<br>Santa Monica, CA 90401 |

Dated: January 27, 2005
J:\Docs\25495\00011\00902163.DOC