Feb-22-2005  11:16am  From-Cislo & Thomas                3106568457           T-494  P.002  F-432

```
                                                FILED
                                            IN CLERKS OFFICE

                                            2005 FEB 22  P 4:07

                                            U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT   DISTRICT OF MASS.
          FOR THE DISTRICT OF MASSACHUSETTS
```

|                                      |                                                       |
|--------------------------------------|-------------------------------------------------------|
| GUCCI AMERICA, INC.                  | Civil Action No. 04-12537 (WGY)  [handwritten: 04-12567] |
|         Plaintiff,                   | DEFENDANT'S LESLIE COHEN'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE |
| v.                                   |                                                       |
| LESLIE COHEN, ALLLUXURYBRANDS.COM, and GLOBAL NETWORKS, USA, LLC | [Proposed] Order, submitted concurrently herewith |
|         Defendants.                  |                                                       |

Defendant Leslie Cohen ("Cohen") hereby moves this Court for an order dismissing this case for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for improper venue pursuant to 28 U.S.C. § 1406(a) and Fed. R. Civ. P. 12(b)(3). In the alternative, Cohen hereby moves this Court for an order transferring this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

This Motion is made on the grounds that Cohen lacks sufficient minimum contacts with the Commonwealth of Massachusetts such that this Court cannot exercise personal jurisdiction over her without offending traditional notions of fair play and substantial justice. Cohen is an individual, and a resident of California, who does not have employees, agents, offices, telephone numbers, property, bank accounts, or warehouses in the State of Massachusetts. Moreover, Cohen does not conduct business in, or regularly travel to, Massachusetts. Because this Court does not have personal jurisdiction over Cohen, venue is not proper in this District. Therefore, this case should be dismissed outright, or alternatively, transferred to the United States District Court for the Central District of

California for the convenience of the parties and likely witnesses and in the interest of justice.

This motion is based upon the accompanying Memorandum of Points and Authorities In Support of Defendant's Motion To Dismiss, Or, In The Alternative, To Transfer Venue and the Declaration of Leslie Cohen submitted concurrently herewith, as well as all pleadings and papers on file in this action, and upon such other evidence and oral argument as the Court may entertain at the time of the hearing.

~~LOCAL RULE 7.1(A)(2) CERTIFICATION~~

~~Defendant hereby certifies that she has conferred with plaintiff's counsel and attempted in good faith to resolve or narrow the issues raised in this Motion. This attempt has been unsuccessful.~~

Respectfully submitted,

Dated: February 18, 2005

*[signature]*
Leslie Cohen
13900 Tahiti Way, Apt. 117
Marina Del Rey, California 90292

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Memorandum of Points and Authorities In Support of Defendant's Motion to Dismiss, Or, in the Alternative, to Transfer Venue is being deposited with the United States Postal Service on February 18, 2005, in an envelope addressed to counsel for plaintiff, Gucci America, Inc.:

Mark Schonfeld
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110