UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUCCI AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>LESLIE COHEN,<br>ALLLUXURYBRANDS.COM AND<br>GLOBAL NETWORKS, USA, LLC<br><br>Defendants. | Civil No.: 04-12567 WGY |

## FINAL CONSENT JUDGMENT

WHEREAS, Gucci contends that Defendant Leslie Cohen has been doing business in this judicial district and elsewhere and has sold and distributed merchandise wrongfully bearing counterfeits of Plaintiff's trademarks;

WHEREAS Gucci contends that Defendants are advertising, distributing, offering for sale and selling numerous items and merchandise wrongfully bearing counterfeits of Plaintiff's trademarks to persons located within this judicial district and elsewhere;

WHEREAS Defendants contend that each Gucci product that it has sold has been originally purchased from CityModa and Metro, both of whom expressly state on their websites that their Gucci products are authentic;

WHEREAS Gucci has alleged that the products sold by Cohen through Global Networks USA are counterfeit, but even if this allegation is found to be true, Global is still nothing more than an innocent infringer;

WHEREAS Global has made the effort to cooperate with Gucci by voluntarily removing all advertising regarding Gucci products from its websites and ceasing all purchases of products from CityModa and Metro, yet Gucci continues to pursue this lawsuit;

WHEREAS Defendant no longer wishes to incur costly legal fees in this matter and has decided to cooperate with Gucci in settling this lawsuit;

Upon the Complaint and all papers and proceedings had herein, and upon the annexed Consent, it is hereby ORDERED that defendants Leslie Cohen, AllLuxuryBrands.com and Global Networks USA, LLC, and all their offices, agents, servants and employees, and all those in active concert or participation with them, be and hereby are permanently enjoined and restrained from:

> A. Using any reproduction, counterfeit, copy or colorable imitation of the Gucci Trademarks to identify any goods or the rendering of any services not authorized by Plaintiff;
>
> B. Engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Plaintiff's business reputation or dilute the distinctive quality of Plaintiff's name and Plaintiff's Gucci Trademarks;
>
> C. Using a false description or representation including words or other symbols tending to falsely describe or represent Defendants' unauthorized goods as being those of Plaintiff or sponsored by or associated with Plaintiff and from offering such goods into commerce;
>
> D. Further infringing Plaintiff's Gucci Trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting, displaying or otherwise disposing of any

    products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's Gucci Trademarks;

E.    Using any simulation, reproduction, counterfeit, copy or colorable imitation of Plaintiff's trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored, approved by or connected with Plaintiff;

F.    Making any statement or representation whatsoever, using any false designation of origin or false description or performing any act which can or is likely to lead the trade, public or individual members thereof, to believe that any products manufactured, distributed, sold or marketed by Defendants are in any manner associated or connected with Plaintiff, or sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

G.    Causing an infringement of any of Plaintiff's Gucci Trademarks or of Plaintiff's rights therein, or causing any dilution of Plaintiff's name, reputation or goodwill;

H.    Secreting, destroying, altering, removing or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Gucci Trademarks;

I.    Effecting assignments or transfers, forming new entities, associations or websites, or utilizing any other device for the purpose of circumventing or

otherwise avoiding the prohibitions set forth in subparagraphs (A) through (H), above.

This Final Consent Judgment shall not be deemed an admission of liability by the defendants nor should be used for any other purpose other than enforcement of this consent judgment.

FURTHER ORDERED, that defendants have consented to the jurisdiction of this Court and that this Court shall have continuing jurisdiction with regard to enforcing the terms of this Final Consent Judgment; and it is

FURTHER ORDERED, that in the event of a default or breach of any provision of this Final Consent Judgment by defendant, Plaintiff shall be entitled to all costs and expenses arising out of said default or breach, including reasonable attorney's fees, paid or incurred by Plaintiff in enforcing and obtaining defendants' performance of the terms of this Final Consent Judgment, in addition to any fees, damages or injunctive relief awarded by the Court.

Dated: _May 2_, 2005

_William G. Young_
William G. Young
Chief Judge, United States District Court for
the District of Massachusetts

4

Upon Consent of:

GUCCI AMERICA, INC.
By its Attorneys,

_____
Mark Schonfeld
BBO No. 446980
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000


ALLLUXURYBRANDS.COM

By: _____
Leslie Cohen

LESLIE COHEN

By: _____
Leslie Cohen

Witness to Defendants' signatures:

GLOBAL NETWORKS, USA, LLC

By: _____
Leslie Cohen


_____
Daniel M. Cislo, Esq.
Cislo & Thomas LLP
233 Wilshire Boulevard
Suite 900
Santa Monica, CA 90401

J:\Docs\25495\0011\00897323.DOC